The People of the State of Illinois, defendant in error, v. Virginia Kahmiok, plaintiff in error. Gen. No. 34,033.

Opinion filed May 29, 1930.

W. G. Anderson, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

In re Estate of Vernon B. Glick, deceased. Mary McDonagh, administratrix of the estate of Frank L. McDonagh, deceased, appellee, v. Foreman Trust & Savings Bank, administrator of the estate of said Glick, deceased, appellant. Gen. No. 34,048.

Opinion filed May 29, 1930.

Aaron Soble, for appellant. Crahen, Sullivan, O'Toole & Sullivan, for appellee; John M. Pollock, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Continental National Bank & Trust Company, as conservator of Joseph L. Spilky, incompetent, appellee, v. New York Life Insurance Company, appellant. Gen. No. 34,057.

Opinion filed May 29, 1930.

Hamlin, Topliff & Cooper and Louis H. Cooke, for appellant; Homer H. Cooper and Wendell J. Brown, of counsel. A. F. W. Siebel, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

George Ylonen, appellee, v. Julius Lieder and Clarence Lieder, appellants. Gen. No. 34,083.

Opinion filed May 29, 1930.

Litsinger, Healy & Reid, for appellants. John A. Blake and Joseph E. Winterbotham, for appellee.

Mr. Justice Gridley delivered the opinion of the court.